UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY      :
COMMISSION,                       :
                                  :
        Plaintiff,                :     CIVIL ACTION NO.
                                  :
    v.                            :
                                  :
REHAB RESOURCES,                  :     COMPLAINT AND
                                  :     JURY DEMAND
        Defendant.                :
-----------------------------------------------------------------x

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex and pregnancy, and to provide appropriate relief to Charging Party Lori Dawley-Fields. As charged with greater specificity below, Plaintiff Equal Employment Opportunity Commission alleges that Defendant Rehab Resources terminated Ms. Dawley-Fields while she was on pregnancy leave, because of sex and pregnancy.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 701(k), 706(f)(1), and 706(f)(3) of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §2000e et seq. ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a ("CRA 1991").

2. The unlawful employment practices were and are now being committed within the jurisdiction of the United States District Court for the Northern District of New York.

## PARTIES

3. Plaintiff Equal Employment Opportunity Commission ("EEOC") is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e - 5(f)(1) and (3).

4. At all relevant times, Defendant Rehab Resources ("Rehab") has continuously been a New York corporation doing business in the State of New York and the County of Oswego, and has continuously had at least 15 employees.

5. At all relevant times Defendant Rehab has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Lori Dawley-Fields filed a charge with the Commission alleging violations of Title VII by Rehab. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least June, 2002, Defendant Rehab has discriminated against Lori Dawley-Fields on the basis of her sex and pregnancy, in violation of Sections 701(k), 706(f)(1), and 706(f)(3) Title VII, 42 U.S.C. §2000e et seq. Ms. Dawley-Fields had been employed by

2

Rehab as a physical therapist assistant since April, 1999. Ms. Dawley-Fields went on pregnancy leave in May, 2002. Under Rehab's "Disability (Including Pregnancy) Leave of Absence" policy, Ms. Dawley-Fields was entitled to ninety (90) days of leave, extendable in thirty (30) increments until a year. Rehab granted Ms. Dawley-Fields' request for pregnancy leave, initially for ninety (90) days. During this time period, in June, 2002, Rehab permanently replaced Ms. Dawley-Fields with her temporary replacement.

8. The effect of the practices complained of above has been to deprive Ms. Dawley-Fields of equal employment opportunities and to otherwise adversely affect their status as employees because of pregnancy.

9. The unlawful employment practices complained of above were and are intentional.

10. The unlawful employment practices complained of above were and are willful and done with malice or with reckless indifference to the federally protected rights of Ms. Dawley-Fields.

**PRAYER FOR RELIEF**

The Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Rehab Resources, its officers, successors, assigns and all persons in active concert or participation with it from engaging in any employment practices which discriminate on the basis pregnancy.

B. Order Defendant Rehab Resources to institute and carry out policies, practices and programs which provide equal employment opportunities for pregnant employees,

and which eradicate the effects of Defendant Rehab Resources' past and present unlawful employment practices.

    C.    Order Defendant Rehab Resources to make whole Lori-Dawley Fields by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of defendant Rehab Resources' unlawful employment practices.

    D.    Order Defendant Rehab Resources to make whole Lori-Dawley Fields by providing compensation for past and future pecuniary losses in amounts to be determined at trial.

    E.    Order Defendant Rehab Resources to make whole Lori-Dawley Fields by providing compensation for past and future non-pecuniary losses, including pain, suffering, and humiliation in amounts to be determined at trial.

    F.    Order Defendant Rehab Resources to pay Lori Dawley-Fields punitive damages for its malicious and/or reckless conduct, as described above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper.

    H.    Award the EEOC its costs in this action.

## JURY DEMAND

The Commission requests a jury trial on all questions of fact raised by its

Complaint.

Dated: New York, New York
       March 30, 2005

                          Respectfully submitted,

                          Eric S. Dreiband
                          General Counsel

                          James L. Lee
                          Deputy General Counsel

                          Gwendolyn Young Reams
                          Associate General Counsel

                          EQUAL EMPLOYMENT OPPORTUNITY
                          COMMISSION
                          1801 "L" Street, N.W.
                          Washington, D.C. 20507

                          */s/ Elizabeth Grossman*
                          Elizabeth Grossman
                          Acting Regional Attorney

                          */s/ Lisa Sirkin*
                          Lisa Sirkin
                          Supervisory Trial Attorney

                          */s/ Michael J. O'Brien*
                          Michael J. O'Brien (Bar ID 512040)
                          Senior Trial Attorney

                          New York District Office
                          33 Whitehall Street, 5th Floor
                          New York, NY 10004-2112
                          Phone:     (212) 336-3694
                          Fax::       (212) 336-3623
                          e-mail:    michael.obrien@eeoc.gov